HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
HOPE ALLEY, CA Bar No. 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ADRIAN LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00849-JDP |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF DEFENDANT'S APPEARANCE AT MOTION HEARING; ORDER** |
| vs. | |
| ADRIAN LEE, | Date: October 11, 2018<br>Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Adrian Lee, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the October 11, 2018 hearing on Mr. Lee's motion to suppress.

On January 23, 2018, Mr. Lee made an initial appearance on Case No. 6:18-po-00849. During his initial appearance, this Court appointed Assistant Federal Defender Hope Alley to represent Mr. Lee. This Court also granted a Rule 43 Waiver, permitting Mr. Lee's absence at all non-substantive hearings.

On June 29, 2018, Mr. Lee filed a motion to suppress evidence obtained in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966). The government opposed Mr. Lee's motion on July 30, 2018, to which Mr. Lee responded on August 13. A hearing on the motion is scheduled for October 11, 2018 at 10:00 a.m.

Mr. Lee does not intend to testify at the October 11, 2018 hearing, and his interests will be adequately represented by his attorney. Furthermore, Mr. Lee will be out of the country in October, visiting his family in Korea. Accordingly, Mr. Lee respectfully requests that this Court waives his appearance at the October 11, 2018 motion hearing.

        Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: September 18, 2018      */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ADRIAN LEE

# **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance at the October 11, 2018 Motion Hearing in Case No. 6:18-po-00849-JDP, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   September 18, 2018                                    
                                             UNITED STATES MAGISTRATE JUDGE