Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADRIAN J. LEE,<br><br>  Defendant. | No. 6:17-po-00849-JDP<br><br>**MOTION TO DISMISS; AND     ]**<br>**ORDER THEREON** |

The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: October 28, 2020            /s/ Sean O. Anderson_____
                                                           Sean O. Anderson
                                                           Legal Officer
                                                           Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Lee*, 6:17-po-00849-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 30, 2020                                   _____
                                                                            UNITED STATES MAGISTRATE JUDGE

2